# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN BRADLEY HODGES,
                    Appellant,
vs.
OFFICER A. ARIAS; TIMOTHY
FILSON; JAMES DZURENDA; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; AND THE STATE
OF NEVADA,
                    Respondents.

No. 74174

FILED

OCT 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss. First Judicial District Court, Carson City; William A. Maddox, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court's order does not address or resolve appellant's claims against defendant Officer A. Arias. Appellant may appeal from a final judgment. *Lee v. GNLV* 116 Nev. at 426, 996 P.2d at 417 ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except

17-36143

for post-judgment issues such as attorney's fees and costs."). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Chief Judge, The First Judicial District Court
     Hon. William A. Maddox, Senior Judge
     Steven Bradley Hodges
     Attorney General/Carson City
     Carson City Clerk